AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Spaulding, Karla R. | 2. Court or Organization<br><br>U.S. District Court, M.D Fla. | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
401 W. Central Boulevard
Suite 5-500
Orlando, Florida 32801-0550

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec | Akerman, Senterfitt & Eidson -- return of capital contribution with accrued interest |
| 2. | Jan-Oct | Litchford & Christopher -- salary and shareholder distribution |
| 3. | Nov | Baker Donelson -- final payment from Litchford & Christopher issued by law firm that merged wth Litchford & Christopher |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | ABA Litigation Section | April 14-15, 2011 | Miami Beach, FL | CLE Speaker | Reimbursement of travel, lodging, meals and incidental expenses |
| 3. | Litchford & Christopher | April 14-15, 2011 | Miami Beach, Fl | Attended ABA Section of Litigation annual meeting | Reimbursement of program fee to spouse |
| 4. | ALI-ABA | August 14-17, 2011 | New York, New York | CLE Speaker | Reimbursement of travel, lodging, meals and incidental expenses |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Spaulding, Karla R.** | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | K | T | | | | | |
| 2. Fishhawk Investment Fund, Ltd. | | None | J | W | | | | | |
| 3. TSK Investment Partnership, Ltd. | | None | J | W | | | | | |
| 4. Pentagon Federal Credit Union (Bank Account) | A | Interest | J | T | | | | | |
| 5. H&R Block Bank CD | A | Interest | | | Matured | 10/1/11 | J | | |
| 6. Litchford & Christopher Professional Assoc. Retirement Plan | A | Dividend | | | Closed | 11/10/11 | L | | |
| 7. USAA Tax-Exempt Money Market USAA | A | Dividend | L | T | | | | | |
| 8. USAA Money Market -- USAA | A | Interest | J | T | | | | | |
| 9. USAA Federal Savings Bank -- Bank Account | A | Interest | L | T | | | | | |
| 10. USAUX USAA Aggressive Growth | | None | K | T | Buy (add'l) | 4/14/11 | J | | |
| 11. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 12. USEMX USAA Emerging Markets | A | Dividend | K | T | Buy (add'l) | 2/25/11 | J | | |
| 13. | | | | | Sold (part) | 4/13/11 | J | A | |
| 14. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 15. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 16. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 17. USAAX USAA Growth | A | Dividend | K | T | Buy (add'l) | 4/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 19. USAIX USAA Income | C | Dividend | M | T | Sold (part) | 4/14/11 | J | B | |
| 20. | | | | | Buy (add'l) | 12/13/11 | K | | |
| 21. USISX USAA Income Stock | A | Dividend | K | T | Buy | 4/14/11 | J | | |
| 22. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 23. USIBX USAA Intermediate Term Bond | C | Dividend | L | T | Sold (part) | 4/14/11 | K | B | |
| 24. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 25. USIFX USAA International Fund | A | Dividend | K | T | Buy (add'l) | 4/14/11 | K | | |
| 26. | | | | | Sold (part) | 4/26/11 | J | A | |
| 27. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 28. USAGX USAA Precious Metals & Minerals | B | Dividend | J | T | Sold (part) | 1/26/11 | J | A | |
| 29. | | | | | Buy (add'l) | 2/25/11 | J | | |
| 30. | | | | | Buy (add'l) | 4/13/11 | J | | |
| 31. | | | | | Buy (add'l) | 4/14/11 | J | | |
| 32. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 33. USPRX USAA S&P 500 Index Reward Shares | A | Dividend | K | T | Buy (add'l) | 4/14/11 | J | | |
| 34. | | | | | Buy (add'l) | 12/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USSBX USAA Short Term Bond | B | Dividend | L | T | Sold (part) | 4/14/11 | L | A | |
| 36. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 37. USCAX USAA Small Cap Stock | A | Dividend | K | T | Buy (add'l) | 4/14/11 | J | | |
| 38. | | | | | | | | | |
| 39. UVALX USAA Value | A | Dividend | K | T | Buy (add'l) | 4/14/11 | J | | |
| 40. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 41. UMAFX USAA Managed Allocation | C | Dividend | L | T | Buy (add'l) | 4/14/11 | J | | |
| 42. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 43. USRRX USAA Real Return | A | Dividend | J | T | Sold (part) | 4/14/11 | J | A | |
| 44. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 45. ACVIX American Century Small Cap Value Fund Instl | A | Dividend | J | T | Buy | 2/25/11 | J | | |
| 46. BMCIS Blackrock US Opportunities Protfolio Instl | A | Dividend | J | T | Buy (add'l) | 2/25/11 | J | | |
| 47. CSROX Credit Suisse Comm Return | | None | | | Sold | 6/22/11 | J | A | |
| 48. DODFX Dodge & Cox Int'l Stock | A | Dividend | J | T | Buy (add'l) | 2/25/11 | J | | |
| 49. | | | | | Sold (part) | 4/13/11 | J | A | |
| 50. SGOIX First Eagle Overseas I | A | Dividend | J | T | Buy (add'l) | 2/25/11 | J | | |
| 51. LKSCX LKCM Small Cap Equity Instl | | None | J | T | Sold (part) | 2/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 2/25/11 | J | | |
| 53. | | | | | Sold (part) | 5/3/11 | J | A | |
| 54. | | | | | Sold (part) | 10/28/11 | J | | |
| 55. TGVIX Thornburg Int'l Value I | A | Dividend | K | T | Buy (add'l) | 2/25/11 | J | | |
| 56. USGRX USAA Growth & Income | A | Dividend | M | T | Sold (part) | 2/14/11 | J | | |
| 57. | | | | | Sold (part) | 2/25/11 | K | A | |
| 58. | | | | | Buy (add'l) | 4/13/11 | M | | |
| 59. COHGB6 Boulder Colo Wtr & Swr Rev-C Bond | B | Interest | K | T | | | | | |
| 60. TX5LG7 Corpus Christi Tx Utl Sy Rv Rf Bond | B | Interest | K | T | | | | | |
| 61. PA2BV6 Lehigh PA Auth Str Rev Rfdg Ser AA Bond | A | Interest | | | Sold | 9/28/11 | K | A | |
| 62. NV47WL Clark County NV Sch Dist Rfdg Bond | B | Interest | K | T | | | | | |
| 63. TX8TB4 Washington Cnty Tx Jr. College Dist Rev Comb Fee Bond | A | Interest | K | T | | | | | |
| 64. TX31LP0 Pearland Tx Wtrwks & Swr Sys Rev Ref Bond | A | Interest | K | T | | | | | |
| 65. WA1UY6 Pierce Cnty WA Sch Dist #403 Bethel Ref Bond | A | Interest | K | T | | | | | |
| 66. TX3SR4 San Antonio TX Elec & Gas Rev Ref-Sys Bond | B | Interest | K | T | | | | | |
| 67. COPEE4 Eagle Garfield & Routt Cntys Co Sch Dist No Bond | B | Interest | K | T | | | | | |
| 68. AZ5MMB Mesa Ariz Util Sys Rev Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WA0FU3 Gray's Harbor Cnty WA Sch Dist 005 Aberdeen Bond | A | Interest | K | T | | | | | |
| 70. NC0YQ4 Univ NC Sys Pool Rev Rfdg Asheville/Wilmington Bond | A | Interest | K | T | | | | | |
| 71. TX7D34 Univ Tex Unv Rev Rf-06D Bond | B | Interest | K | T | | | | | |
| 72. IWM iShares TR Russell 2000 INX | A | Dividend | J | T | Sold (part) | 4/14/11 | J | A | |
| 73. EFA iShares TR MSCI EAFE IDX | A | Dividend | J | T | | | | | |
| 74. VWO Vanguard Emerging Mkts Vipers | A | Dividend | J | T | Buy (add'l) | 2/25/11 | J | | |
| 75. | | | | | Buy (add'l) | 11/1/11 | J | | |
| 76. | | | | | Buy (add'l) | 11/8/11 | J | | |
| 77. USATX USAA Tax Exempt Intermediate Term | A | Dividend | | | Sold | 2/23/11 | K | D | |
| 78. VXZ Barclays Bk PLC iPath S&P Etn | | None | | | Sold | 3/11/11 | J | | |
| 79. SHM SPDR Series Trust Shrt Term Muni Bond | | None | | | Sold | 2/23/11 | K | | |
| 80. Houston Tx Ref-Pub Imp-Ser A Bond | B | Interest | K | T | | | | | |
| 81. Dallas Cnty Tx Cmnty College Dist Rfdg Bond | A | Interest | K | T | | | | | |
| 82. USHYX USAA High Yield Opportunities | B | Dividend | K | T | Buy | 4/14/11 | K | | |
| 83. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 84. Yahoo Inc Com | | None | | | Buy | 2/25/11 | J | | |
| 85. | | | | | Sold | 4/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon Mobil Corp Com | | None | | | Buy | 2/25/11 | J | | |
| 87. | | | | | Sold | 4/13/11 | J | | |
| 88. Wells Fargo & Co. | A | Dividend | | | Buy | 2/25/11 | J | | |
| 89. | | | | | Sold | 4/13/11 | J | | |
| 90. Vodapone Group PLC | | None | | | Buy | 2/25/11 | J | | |
| 91. | | | | | Sold | 4/13/11 | J | A | |
| 92. Vanguard Dividend Appreciation Index Fund Vipers | A | Dividend | K | T | Buy | 11/7/11 | J | | |
| 93. | | | | | Buy (add'l) | 11/8/11 | J | | |
| 94. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 95. Viacom Inc | | None | | | Buy | 2/25/11 | J | | |
| 96. | | | | | Sold | 4/13/11 | J | A | |
| 97. United Technologies Corp | | None | | | Buy | 2/25/11 | J | | |
| 98. | | | | | Sold | 4/13/11 | J | A | |
| 99. United Parcel Service | | None | | | Buy | 2/25/11 | J | | |
| 100. | | | | | Sold | 4/13/11 | J | | |
| 101. Unitedhealth Group Inc | A | Dividend | | | Buy | 2/25/11 | J | | |
| 102. | | | | | Sold | 4/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Target Corp | | None | | | Buy | 2/25/11 | J | | |
| 104. | | | | | Sold | 4/13/11 | J | | |
| 105. SPDR Series Trust Leh Mun Bd ETF | A | Dividend | J | T | Buy | 4/13/11 | J | | |
| 106. | | | | | Sold (part) | 11/7/11 | J | A | |
| 107. Standard & Poors Depositary Receipts (SPDR'S) | A | Dividend | | | Buy | 4/13/11 | J | | |
| 108. | | | | | Sold | 11/7/11 | J | | |
| 109. Roper Inds Inc. New Com | | None | | | Buy | 2/25/11 | J | | |
| 110. | | | | | Sold | 4/4/11 | J | A | |
| 111. PPG Inds Inc Com | | None | | | Buy | 2/25/11 | J | | |
| 112. | | | | | Sold | 4/13/11 | J | A | |
| 113. PNC Bk Corp Com | | None | | | Buy | 2/25/11 | J | | |
| 114. | | | | | Sold | 4/13/11 | J | A | |
| 115. Philip Morris Int'l Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 116. | | | | | Sold | 3/30/11 | J | A | |
| 117. Pepsico Inc Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 118. | | | | | Sold | 4/13/11 | J | A | |
| 119. People's United Financial Inc. | | None | | | Buy | 2/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 4/13/11 | J | | |
| 121. Occidental Pete Corp Del Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 122. | | | | | Sold | 4/13/11 | J | | |
| 123. Oracle Corp Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 124. | | | | | Sold | 4/13/11 | J | A | |
| 125. Omnicom Group Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 126. | | | | | Sold | 4/13/11 | J | | |
| 127. National-Oil Well Varco Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 128. | | | | | Sold | 4/13/11 | J | | |
| 129. iShares TR S&P Nat'l Mun B | A | Dividend | J | T | Buy | 8/31/11 | J | | |
| 130. | | | | | Buy (add'l) | 9/1/11 | J | | |
| 131. | | | | | Buy (add'l) | 9/7/11 | J | | |
| 132. | | | | | Buy | 10/12/11 | J | | |
| 133. Microsoft | | None | | | Buy | 2/25/11 | J | | |
| 134. | | | | | Sold | 4/13/11 | J | | |
| 135. 3M Co | | None | | | Buy | 3/29/11 | J | | |
| 136. | | | | | Sold | 4/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MetLife Inc. | | None | | | Buy | 2/25/11 | J | | |
| 138. | | | | | Sold | 4/13/11 | J | | |
| 139. Medtronic Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 140. | | | | | Sold | 4/13/11 | J | A | |
| 141. Moody's Investors Service | | None | | | Buy | 2/25/11 | J | | |
| 142. | | | | | Sold | 4/13/11 | J | A | |
| 143. McKesson Corporation Com | | None | | | Buy | 2/25/11 | J | | |
| 144. | | | | | Sold | 4/13/11 | J | | |
| 145. McDonalds Corp Com | | None | | | Buy | 2/25/11 | J | | |
| 146. | | | | | Sold | 4/13/11 | J | A | |
| 147. Legg Mason Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 148. | | | | | Sold | 4/13/11 | J | A | |
| 149. Kansas City Southern Com | | None | | | Buy | 2/25/11 | J | | |
| 150. | | | | | Sold | 4/13/11 | J | | |
| 151. JPMorgan Chase & Co | A | Dividend | | | Buy | 2/25/11 | J | | |
| 152. | | | | | Sold | 4/13/11 | J | | |
| 153. Joy Global Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 4/13/11 | J | A | |
| 155. Johnson & Johnson Com | | None | | | Buy | 2/25/11 | J | | |
| 156. | | | | | Sold | 4/13/11 | J | A | |
| 157. International Flavors & Fragrance Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 158. | | | | | Sold | 4/13/11 | J | A | |
| 159. International Business Machine | | None | | | Buy | 2/25/11 | J | | |
| 160. | | | | | Sold | 4/13/11 | J | A | |
| 161. Henry Schein Inc | | None | | | Buy | 2/25/11 | J | | |
| 162. | | | | | Sold | 4/13/11 | J | A | |
| 163. Home Depot Inc Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 164. | | | | | Sold | 4/13/11 | J | A | |
| 165. Halliburton | A | Dividend | | | Buy | 02/25/11 | J | | |
| 166. | | | | | Sold | 4/13/11 | J | | |
| 167. Goldman Sachs Group Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 168. | | | | | Sold | 4/13/11 | J | | |
| 169. General Motors | | None | | | Buy | 2/25/11 | J | | |
| 170. | | | | | Sold | 4/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. General Elec Co Com | | None | | | Buy | 2/25/11 | J | | |
| 172. | | | | | Sold | 4/13/11 | J | | |
| 173. EMC Corp Mass Com | | None | | | Buy | 2/25/11 | J | | |
| 174. | | | | | Sold | 4/13/11 | J | | |
| 175. Digital Realty Trust Inc. REIT | A | Dividend | | | Buy | 2/25/11 | J | | |
| 176. | | | | | Sold | 4/13/11 | J | | |
| 177. Danaher Corp Del Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 178. | | | | | Sold | 4/13/11 | J | A | |
| 179. Chevron Corp. | | None | | | Buy | 2/25/11 | J | | |
| 180. | | | | | Sold | 4/13/11 | J | A | |
| 181. CVS/Caremark Corp. | A | Dividend | | | Buy | 2/25/11 | J | | |
| 182. | | | | | Sold | 4/13/11 | J | A | |
| 183. Cisco Sys. Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 184. | | | | | Sold | 4/13/11 | J | | |
| 185. Centerpoint Energy Inc. Com | | None | | | Buy | 2/25/11 | J | | |
| 186. | | | | | Sold | 4/13/11 | J | A | |
| 187. Canadian Nat'l Ry Co Com | A | Dividend | | | Buy | 2/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 3/16/11 | J | | |
| 189. Colgate Palmolive Co Com | | None | | | Buy | 2/25/11 | J | | |
| 190. | | | | | Sold | 4/13/11 | J | A | |
| 191. Church & Dwight Inc. Com | | None | | | Buy | 2/25/11 | J | | |
| 192. | | | | | Sold | 4/13/11 | J | A | |
| 193. Caterpillar Inc. Del Com | | None | | | Buy | 2/25/11 | J | | |
| 194. | | | | | Sold | 4/13/11 | J | A | |
| 195. American Express Co Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 196. | | | | | Sold | 4/13/11 | J | A | |
| 197. Apache Corp Com | | None | | | Buy | 2/25/11 | J | | |
| 198. | | | | | Sold | 4/13/11 | J | A | |
| 199. Amazon.Com Inc. | | None | | | Buy | 2/25/11 | J | | |
| 200. | | | | | Sold | 4/13/11 | J | | |
| 201. Ameriprise Financial Inc. | | None | | | Buy | 2/25/11 | J | | |
| 202. | | | | | Sold | 4/13/11 | J | | |
| 203. Albemarle Corp. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 204. | | | | | Sold | 4/13/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Automatic Data Processing Inc. Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 206. | | | | | Sold | 4/13/11 | J | A | |
| 207. Accenture PLC | A | Dividend | | | Buy | 2/25/11 | J | | |
| 208. | | | | | Sold | 4/13/11 | J | A | |
| 209. Abbott Labs Com | A | Dividend | | | Buy | 2/25/11 | J | | |
| 210. | | | | | Sold | 4/13/11 | J | A | |
| 211. Apple Inc Com | | None | | | Buy | 2/25/11 | J | | |
| 212. | | | | | Sold | 4/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 6 -- The law firm of Litchford & Christopher, P.A. ceased to exist as of November 10, 2011. 401K funds rolled into various IRA investments.

The following are amendments to my FDR 2010 to report two inadvertently omitted assets and to reflect remaining open account after CD matured as previously reported. Although the instructions require filing an AO-10 amended FDR 2010, when I called on May 10, 2012 for instructions on preparing an electronic amendment, Kristina Usry instructed me that the amendment could be made in Part VIII, as follows:

Part VII, Line 4 -- Pentagon Federal Credit Union CD matured as reported in 2010. However, share account was not closed. The amendment is as follows: (C)(1) J (C)(2) T

Part VII - Line 80 -- Houston Tx Ref-Pub Imp -Ser A Bond: (B)(1) A (B)(2) Interest (C)(1) K (C)(2) T (D)(1) Buy (D)(2) 3/11/10 (D)(3) K (D)(4) Blank (D)(5) Blank

Part VII - Line 81 - Dallas Cnty Comnty College Dist Rfdg Bond: (B)(1) (B)(21) Interest (C)(1) K (C)(2) T (D)(1) Buy (D)(2) 6/9/10 (D)(3) K (D)(4) Blank (D)(5) Blank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karla R. Spaulding**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544